326 So.2d 120

In re Louise Bynum TURNER

v.

William D. BYNUM.

Ex parte Louise Bynum Turner.

SC 1609.

Supreme Court of Alabama.

Jan. 29, 1976.

Jim Goodwyn, Gadsden, for petitioner.

JONES, Justice.

Petition of Louise Bynum Turner for Certiorari to the Court of Civil Appeals to

review and revise the judgment and decision of that Court in *Turner v. Bynum*, 56 Ala.App. 489, 323 So.2d 377.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.